```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                               EASTERN DIVISION



JEWELL HILLS, et al.,

          Plaintiffs,

                                         Case No. 2:13-cv-266
     v.                                  Judge Marbley
                                         Magistrate Judge King

WYETH, LLC, et al.,

          Defendants.
```

## ORDER

Plaintiffs have filed a notice of voluntary dismissal with prejudice, Doc. No. 62, which the Court receives as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2).  *See* Fed. R. Civ. P. 41(a)(1)(A).

If any party opposes the motion to voluntarily dismiss with prejudice, that party must file a memorandum in opposition to the motion no later than April 5, 2013.  Failure to oppose the motion will result in the grant of the motion to voluntarily dismiss.


                              s/ Norah McCann King
                              Norah McCann King
                              United States Magistrate Judge
March 26, 2013