```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**JEWELL HILLS,** *et al.,*

      Plaintiffs,

                                    Case No. 2:13-cv-266
    **v.**                                  Judge Marbley
                                    Magistrate Judge King

**WYETH, LLC,** *et al.,*

      Defendants.

## ORDER

Plaintiffs filed a notice of voluntary dismissal with prejudice, Doc. No. 62, to which no opposition has been filed. *See Order*, Doc. No. 66.

The unopposed motion to voluntarily dismiss, Doc. No. 62, is **GRANTED.** This action is voluntarily **DISMISSED** with prejudice.

                                                    *s/  Norah McCann King*
                                                    Norah McCann King
                                                    United States Magistrate Judge

April 8, 2013